FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>          Petitioner,<br><br>     v.<br><br>WHEELER ROCK PRODUCTS, L.L.C. (d/b/a/ WHEELER ROCK) and WHEELER LOGGING (d/b/a/ WHEELER LOGGING COMPANY and WHEELER LOGGING & CONSTRUCTION),<br><br>          Respondents. | No. 1:18-cv-03097-SAB<br><br>**ORDER OF DISMISSAL** |

   Before the Court is the Parties' Stipulated Motion to Dismiss, ECF No. 24. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

   **IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion to Dismiss, ECF No. 24, is **ACCEPTED and ENTERED into the record**.

   2. The above-captioned matter is **DISMISSED without prejudice**.

**ORDER OF DISMISSAL ^ 1**

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 31st day of January 2019.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL ^ 2**